# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0034.  JAMIE HALL v. THE STATE.**

Jamie Hall filed a motion to dismiss appointed counsel, which the trial court denied.  Hall filed this application for discretionary appeal to challenge the trial court's order.  We, however, lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court."  *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995).  Here, it is clear from the trial court's order that the case remains pending below and the order Hall seeks to appeal is not a final order. Thus, Hall was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review signed and entered by the trial court, to appeal the order he included with his application materials. See *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). Although Hall filed a discretionary application, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Consequently, Hall's application for discretionary appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/03/2019
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*